## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 1:21-cr-00052-RGE-HCA  :  Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. JASON LAURAN KINMAN

---

| | | |
|---|---|---|
| Gov. Atty(s): Shelly M. Sudmann | : | Indictment  ✔ Superseding Indictment   Information |
| Def. Atty(s): Michael F. Maloney | : | In  7  Count(s) – Code Violation: |
| Court Reporter: Chelsey Wheeler | : | 18:2252(a)(2), 2252(b)(1). Distribution of Child Pornography (1s); |
| Interpreter: N/A | : | 18:2422(b). Coercion and Enticement of a Minor (2s); 18:2251(a) and 2251(e). Attempted Production (3s-4s); 18:2251(a) and 2251(e). Production (5s); 18:2252(a)(2) and 2252(b)(1). Receipt of Child Pornography (6s); 18:2252(a)(4)(B). Possession of Child Pornography (7s). |
| Date: September 20, 2022 | : | |
| Time Start: 2:00 p.m.  Time End: 2:43 p.m. | : | |

---

| | | |
|---|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1s, 2s, 5s | : | ✔ Court adopted findings of Final PSR |
| ___ Jury  ___ Court guilty verdict to Count(s) | : | ___ Final PSR as amended |

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty plea on Count 1s, 2s, and 5s. Court holds colloquy with Defendant. At 2:06 p.m., parties move for restitution to be held open for 60 days. Court grants. At 2:10 p.m., parties discuss PSR. Neither party objects to the factual findings of the report, which Court adopts. At 2:12 p.m., Court addresses sentencing guidelines. At 2:15 p.m., Defense objects to the five-level adjustment for §4B1.5(b)(1). At 2:19 p.m., Government resists. Court overrules. Total Offense Level = 43; Criminal History Category = IV; Guideline Imprisonment Range = Life. At 2:23 p.m., Defense presents argument regarding appropriate sentence. At 2:25 p.m., Defendant allocutes. At 2:26 p.m., Government presents argument regarding appropriate sentence. At 2:34 p.m., Court pronounces sentence. At 2:43 p.m., Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 300 months, consisting of 240 months on Count 1s, 300 months on Count 2s, and 300 months on 5s, to be served concurrently. Upon release, Defendant shall serve a supervised release term of 10 years on each of Counts 1s, 2s, and 5s, to be served concurrently. $300 Special Assessment to the Crime Victims' Fund Assessment. Court orders forfeiture in accordance with preliminary order of forfeiture.

Counts 3s, 4s, 6s, and 7s are dismissed on the motion of the United States. Defendant is remanded into the custody of the United States Marshal.

/s/ Kandy Sands
Deputy Clerk